UNITED STATES DISTRICT COURT
*Western District of Tennessee*

FILED BY ___ D.C.
05 JUL -1 PM 4: 22

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America

v.

**BENORIA BELL**

**ORDER HOLDING PROBATIONER FOR REVOCATION HEARING**

Case Number: 03-20191-01-Ma

On July 1, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. At this hearing, the defendant WAIVED her right to a preliminary hearing. Katrina Earley, AUSA, representing the government, and Pam Hamrin, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Mays. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

_____
*United States Magistrate Judge*

Date: July 1, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-7-05___

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:03-CR-20191 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT